# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA BING, individually and on behalf of a class<br><br>Plaintiff,<br><br>vs.<br><br>LAW OFFICE OF BRETT M BORLAND, P.C.; WOODWARD MANAGEMENT PARTNERS, LLC<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 1:19-cv-01562-SCJ-LTW |

## WOODWARD'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, WOODWARD MANAGEMENT PARTNERS, LLC hereby files this Amended Certificate of Interested Persons and Corporate Disclosure Statement. Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3, Defendant state as follows:

(1)   The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent Corporation and any publicly held corporation that owns 10% or more of the stock of a party:

A. Plaintiff, CYNTHIA BING;

B. Defendant, LAW OFFICE OF BRETT M BORLAND, P.C.;

C. Defendant, WOODWARD MANAGEMENT PARTNERS, LLC;

    1. INWOOD HOLDINGS LLC is the parent company and owns 90%.

    2. BRAND PROPERTIES, LLC owns 10%.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

    a. None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. John M. Duffoo, Esq, attorney for Defendant, WOODWARD MANAGEMENT PARTNERS, LLC.

    b. John M. Duffoo, Esq, attorney for Defendant, LAW OFFICE OF BRETT M BORLAND, P.C.

    C. Shimshon Wexler, attorney for Plaintiff.

This June 28, 2019.

s/John M. Duffoo, Esq.
GA Attorney Bar No. 231973
Attorney for Defendant, Woodward Management Partners, LLC
Business Law Firm of John M. Duffoo, P.C.
P.O. Box 767355
Roswell, GA 30076
Telephone: (770) 312-6160
Email: John@Duffoolaw.com

## **LOCAL RULE 5.1 CERTIFICATION**

Counsel certifies that the foregoing was prepared in accordance with the type and font selections approved by Local Rule 5.1.

This June 28, 2019.

s/John M. Duffoo, Esq.
GA Attorney Bar No. 231973
Attorney for Defendant, Woodward Management Partners, LLC
Business Law Firm of John M. Duffoo, P.C.
P.O. Box 767355
Roswell, GA 30076
Telephone: (770) 312-6160
Email: John@Duffoolaw.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA BING, individually and on behalf of a class<br><br>Plaintiff,<br><br>vs.<br><br>LAW OFFICE OF BRETT M BORLAND, P.C.; WOODWARD MANAGEMENT PARTNERS, LLC<br><br>      Defendants. | CIVIL ACTION<br>FILE NO. 1:19-cv-01562-SCJ-LTW |

## CERTIFICATE OF SERVICE

I further certify that I have electronically filed said Certificate of Interested Persons and Corporate Disclosure with the Clerk of Court using the CM/ECF system, which will automatically send an email notification to all attorney(s) of record, including:

The Law Offices of Shimshon Wexler, P.C.
2244 Henderson Mill Rd, Suite 108
Atlanta, GA 30345
swexleresq@gmail.com

This June 28, 2019

s/John M. Duffoo, Esq.
GA Attorney Bar No. 231973

4

Attorney for Defendant
Business Law Firm of John M. Duffoo, P.C.
P.O. Box 767355
Roswell, GA 30076
Telephone: (770) 312-6160
Email: John@Duffoolaw.com